**Barbara PARRISH, Appellant,**

v.

**Greg and Laura NELSON, Respondents.**

**No. WD 74571.**

Missouri Court of Appeals, Western District.

Sept. 25, 2012.

John W. Roe and Mark H. Epstein, Kansas City, MO, for Appellant.

William M. Quitmeier and Robert J. Megraw, Kansas City, MO, for Respondents.

Before DIV III: VICTOR C. HOWARD, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

This is an adverse possession case. The issue is whether there was substantial evidence to support the trial court's conclusion that the plaintiff adversely possessed some, but not all, of the disputed property. Because we find that there was, we affirm. Rule 84.16(b).